UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Sherri Lynne Love,

    Petitioner

v.

State of Nevada, et al.,

    Respondents

Case No.: 2:17-cv-02419-JAD-PAL

**Order Granting Unopposed Motions to Extend Time**

[ECF Nos. 10, 11]

    Petitioner Sherri Lynne Love brings this habeas action to challenge her 2008 state murder convictions. I granted Love's motion to appoint counsel, and the Federal Public Defender is preparing her amended petition.[1] Counsel moves to extend the time for filing that amended petition to August 22, 2018. He represents that the request is unopposed and that additional time is needed because of the complexity of the issues and pre-scheduled leave.[2]

    Good cause appearing, IT IS HEREBY ORDERED that the Motions to Extend Time **[ECF No. 10. 11] are GRANTED. The deadline to file the counseled amended petition is extended to August 22, 2018.**

    Dated: July 24, 2018

                                                         U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 6.
[2] ECF No. 11.