1  Rene L. Valladares
   Federal Public Defender
2  Nevada State Bar No. 11479
3  *S. Alex Spelman
   Assistant Federal Public Defender
4  Nevada State Bar No. 14278
   411 E. Bonneville Ave., Ste. 250
5  Las Vegas, Nevada 89101
   (702) 388-6577
6  Alex_Spelman@fd.org

7
   *Attorney for Petitioner Sherri Lynne Love
8

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Sherri Lynne Love,

       Petitioner,

    v.

State of Nevada, et al.,

       Respondents.

Case No. 2:17-cv-02419-JAD-PAL

**Stipulation to extend time to file the first amended petition**

**(First stipulation)**
**(Sixth request for extension)**

ECF Nos. 16, 17

      The parties hereby stipulate to a 45-day extension of time for Ms. Love to file her first amended petition or other related pleading, up to and including November 26, 2018. Ms. Love's counsel represents there are ongoing negotiations between Ms. Love and the Clark County District Attorney's office, on behalf of the State of Nevada, which may result in a possible alternative resolution of this case. The

current deadline for the amended petition is October 12, 2018.[1] Ms. Love has moved for five extensions to date.[2] Now, the parties stipulate to another 45-day extension.

Ms. Love's counsel represents that her first amended petition is complete and ready to be filed. However, Ms. Love has agreed to withhold filing the petition—with this Court's permission—unless and until negotiations fail to resolve the case.

Ms. Love's counsel submits that 45 days is the minimum time necessary to allow the parties to complete the negotiation process and, if negotiations result in a resolution of this case, to finalize the additional steps necessary to officially resolve the matter. If 45-days proves insufficient time, the parties will provide a status update to the court on this matter on November 26, 2018.

However, in the event that negotiations do not result in a resolution of this case, Ms. Love will promptly file her amended petition upon termination of negotiations.

The parties agree that this stipulation does not waive any procedural defenses or statute-of-limitations challenges that respondents may raise in this case. The parties also agree that this stipulation does not constitute respondents' agreement with any of Ms. Love's representations in this or any other court filing.

---

[1] The court has not ruled on the most recent motion for extension. ECF No. 16. If the court were to grant it, the deadline would be October 12, 2018.

[2] Love's fourth and fifth requests for extension are also related to the discovery of new evidence and the possible resolution of this case.

Therefore, if this court approves this stipulation, the deadline for Ms. Love to file her first amended petition is extended up to and including November 26, 2018. Alternatively, if negotiations are still ongoing, the parties will provide this court with a status update on November 26, 2018. If negotiations terminate without agreement, Ms. Love will promptly file her amended petition, without delay.

Dated October 12, 2018.

Respectfully submitted,

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | ADAM PAUL LAXALT<br>Attorney General |
| */s/ S. Alex Spelman*<br>S. Alex Spelman (Bar No. 14278)<br>Assistant Federal Public Defender<br>For Petitioner | */s/* Amanda C. Sage<br>AMANDA C. SAGE (Bar No. 13429)<br>Deputy Attorney General<br>For Respondents |

**ORDER**

IT IS SO ORDERED; the deadline for petitioner to file her First Amended Petition is extended *nunc pro tunc* to 11/26/18. IT IS FURTHER ORDERED that petitioner's motion for a fifth extension of this deadline [ECF No. 16] is GRANTED *nunc pro tunc* to 9/12/18.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 15, 2018