Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*S. Alex Spelman
Assistant Federal Public Defender
Nevada State Bar No. 14278
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Alex_Spelman@fd.org

*Attorney for Petitioner Sherri Lynne Love

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Sherri Lynne Love,<br><br>      Petitioner,<br><br>v.<br><br>State of Nevada, et al.,<br><br>      Respondents. | Case No. 2:17-cv-02419-JAD-PAL<br><br>**Stipulation and Order Extending Time to File First Amended Petition**<br><br>**(Second stipulation)**<br>**(Seventh request for extension)** |

ECF No. 19

The parties hereby provide this Court with a joint status report, per ECF No. 18 at 2, regarding the status of ongoing negotiations between Ms. Love and the Clark County District Attorney's Office, on behalf of the State of Nevada, which may result in an alternative global resolution of this case. Further, the parties hereby stipulate to another 45-day extension of time for Ms. Love to file her first amended petition or other related pleading, up to and including January 10, 2019.

The parties' first stipulation indicated, according to Ms. Love's counsel, that there are ongoing negotiations between Ms. Love and the Clark County District Attorney's office, on behalf of the State of Nevada, to globally resolve this case. Ms. Love's counsel represented that her first amended petition is complete, however, she agreed to withhold filing the petition—with this Court's permission—unless and until negotiations fail to resolve the case.

The court approved the parties' stipulation, which provided for a 45-day extension of the deadline for Ms. Love to file her first amended petition or to file a status update to the court in the event that 45 days proves insufficient to complete the alternative-resolution process.[1] This rendered a deadline of November 26, 2018. Alternatively, the parties stipulated, if negotiations do not result in a resolution of this case, Ms. Love will promptly file her amended petition upon termination of negotiations.[2]

Since this court's last order approving the stipulation, upon Ms. Love's counsel's information and belief, the parties have continued to negotiate and a global resolution of this matter remains reasonably possible. First Assistant Federal Public Defender, Lori Teicher, has been the Federal Public Defender's point of contact for negotiations, and Assistant District Attorney Robert Daskas has been the point of contact for negotiations for the State.

Ms. Love's counsel represents that another extension is needed to allow the State to complete review Ms. Love's casefile and complete negotiations. There have been repeated contacts between Ms. Teicher and Mr. Daskas, on behalf of Ms. Love and the State, respectively, to this effect, and Ms. Love's counsel is informed and believes that due to schedule demands, negotiations would be able to be finalized

---

[1] ECF No. 18.
[2] *Id.* at 2.

shortly after the Thanksgiving weekend. After, however, time will still be needed to calendar the matter in the state court and make any resolution final and legally binding. Ms. Love's counsel represents that another 45-day extension is needed to allow this whole process to complete. As before, if 45 days proves insufficient time, the parties will provide this court with a joint status report on the progress of negotiations. Alternatively, if negotiations cease without a resolution of this matter, Ms. Love's counsel will promptly file the amended petition.

Respondents stipulate to this extension based on the representations of Ms. Love's counsel, though the parties agree that this stipulation does not waive any procedural defenses or statute-of-limitations challenges that respondents may raise in this case. The parties also agree that this stipulation does not constitute respondents' agreement with any of Ms. Love's representations in this or any other court filing.

Therefore, if this court approves this stipulation, the deadline for Ms. Love to file her first amended petition, or for the parties to provide this Court with a status report, is extended up to and including Thursday, January 10, 2019. If negotiations terminate without agreement, Ms. Love will promptly file her amended petition, without delay.

Dated November 26, 2018.

Respectfully submitted,

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | ADAM PAUL LAXALT<br>Attorney General |
| /s/ S. Alex Spelman<br>S. Alex Spelman (Bar No. 14278)<br>Assistant Federal Public Defender<br>For Petitioner | /s/ Amanda C. Sage<br>AMANDA C. SAGE (Bar No. 13429)<br>Deputy Attorney General<br>For Respondents |

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 27, 2018