Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*S. Alex Spelman
Assistant Federal Public Defender
Nevada State Bar No. 14278
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Alex_Spelman@fd.org

*Attorney for Petitioner Sherri Lynne Love

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Sherri Lynne Love, | **ORDER** |
| Petitioner, | Case No. 2:17-cv-02419-JAD-PAL |
| v. | **Joint Status Report and Stipulation to extend time to file the first amended petition** |
| State of Nevada, et al., | |
| Respondents. | **(Third stipulation)** **(Eighth request for extension)** |

The parties hereby provide this Court with a joint status report, per ECF No. 20, regarding the status of ongoing negotiations between Ms. Love and the Clark County District Attorney's Office, on behalf of the State of Nevada, which appears likely to result in an alternative global resolution of this case. Further, the parties hereby stipulate to another 60-day extension of time for Ms. Love to file her first amended petition or other related pleading, up to and including March 11, 2019.

The parties' first and second stipulations indicated, according to Ms. Love's counsel, that there are ongoing negotiations between Ms. Love and the Clark County District Attorney's office, on behalf of the State of Nevada, to globally resolve this case. Ms. Love's counsel represented that her first amended petition is complete, however, she agreed to withhold filing the petition—with this Court's permission—unless and until negotiations fail to resolve the case.

The court approved the parties' stipulations, which provided for extensions of the deadline for Ms. Love to file her first amended petition or to file a status update to the court in the event that the extensions prove insufficient to complete the alternative-resolution process. The current deadline is January 10, 2019.

Since this court's last order approving the stipulation, the Ms. Love and the State have continued to negotiate. There have been repeated contacts between Ms. Love's counsel and the State during this time. A global resolution of this matter has progressed and is likely.[1]

Ms. Love's counsel represents that another extension is needed to allow the finalization of a written agreement and for this matter to be calendared in the state court for approval and finalization. Ms. Love's counsel believes that 60 days would likely be sufficient to complete the alternative-resolution process, including appearing in state court to finalize the agreement and render it legally binding on all parties. As before, if 60 days proves insufficient time, the parties will provide this court with a joint status report on the progress of negotiations. Alternatively, if negotiations cease without a resolution of this matter, Ms. Love's counsel will promptly file the amended petition.

---

[1] If this court would require further information regarding the timeline and status of the negotiations, Ms. Love's counsel would request this court set a closed status hearing, as the details of the negotiations are not currently public information.

Respondents stipulate to this extension based on the representations of Ms. Love's counsel, though the parties agree that this stipulation does not waive any procedural defenses or statute-of-limitations challenges that respondents may raise in this case. The parties also agree that this stipulation does not constitute respondents' agreement with any of Ms. Love's representations in this or any other court filing.

Therefore, if this court approves this stipulation, the deadline for Ms. Love to file her first amended petition, or for the parties to provide this Court with a status report, is extended up to and including Monday, March 11, 2019. If negotiations terminate without agreement, Ms. Love will promptly file her amended petition, without delay.

Dated January 10, 2019.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

ADAM PAUL LAXALT
Attorney General

*/s/ S. Alex Spelman*
S. Alex Spelman (Bar No. 14278)
Assistant Federal Public Defender
For Petitioner

*/s/ Amanda C. Sage*
Amanda C. Sage (Bar No. 13429)
Deputy Attorney General
For Respondents

IT IS SO ORDERED:

_____
United States District Judge
Dated: January 11, 2019.